IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| KURBY DECKER, #594703 | § | |
|---|---|---|
| VS. | § | CIVIL ACTION NO. 5:09cv27 |
| ROGER MCDONALD, ET AL. | § | |

## ORDER DENYING TEMPORARY RESTRAINING ORDER

The above-entitled and numbered civil action was heretofore referred to United States Magistrate Judge Caroline M. Craven, who issued a Report and Recommendation concluding that the Plaintiff's emergency motion for a temporary restraining order should be denied. The Report of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and adopts same as the findings and conclusions of the Court. It is accordingly

**ORDERED** that the Plaintiff's emergency motion for a temporary restraining order (docket entry #25) is **DENIED**.

**SIGNED this 5th day of November, 2009.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE